## LEONARD BROOKS AND BENJAMIN WOODWORTH
### v.
## JAMES MAY

### 1811

#### JOURNAL ENTRIES

1. Declaration filed; plea; issue; jurors; verdict;
   judgment . . . . . . . . . . *Journal, infra,* \*p. 364
2. Witness fees allowed . . . . . . . . . . " 365
3. Amended judgment . . . . . . . . . . " 388

#### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . .
2. Subpoena for Benjamin Chittenden, Antoine Neveux
   and Batiste Bireau . . . . . . . . . . .
3. Subpoena for James Abbott, John Harvey, John Con-
   ner and George McDougall . . . . . . . . .
4. Memorandum of names of witnesses . . . . . . . .
5. Writ of fieri facias . . . . . . . . . . .

## IN THE MATTER OF WILLIAM McDOWELL SCOTT,
## LATE MARSHAL

### 1811

#### JOURNAL ENTRIES

1. Accounts filed . . . . . . . . . . *Journal, infra,* \*p. 365
2. Continuance . . . . . . . . . . " 386

#### PAPERS IN FILE
[None]